## SECOND DISTRICT.

---

**Charles R. Lyon and William I. Lyon, appellees, v. Oscar Rubin et al., appellants. Gen. No. 7,653.**

Forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed August 4, 1907. Rehearing denied October 19, 1927.

Alex F. Beaubien and Slottow & Leviton, for appellants; Charles Leviton, of counsel. Ralph J. Dady, George W. Field and Reeve & Heywood, for appellees; Harold L. Reeve, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.